**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rapid P&P LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Rapid Prototypes** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4152196** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**29010 Walton
Bentonville, AR 72712**
Number, Street, City, State & ZIP Code

**Benton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://rapidnwa.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Rapid P&P LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3231___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Rapid P&P LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Rapid P&P LLC**                                                                  Case number (*if known*) _____
Name _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Rapid P&P LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**
                MM / DD / YYYY

**X** **/s/ Kyle jack**                              **Kyle jack**
Signature of authorized representative of debtor    Printed name

Title    **Owner**

---

**18. Signature of attorney**

**X** **/s/ Stanley V. Bond**              Date **June 30, 2023**
Signature of attorney for debtor               MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone    **479-444-0255**    Email address    **attybond@me.com**

**93034 AR**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **Rapid P&P LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**      X */s/ Kyle jack*
                                      Signature of individual signing on behalf of debtor

                                      **Kyle jack**
                                      Printed name

                                      **Owner**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Rapid P&P LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 Capital CT Corportion System, as Repre 330 N Brand Blvd suite 700 Glendale, CA 91203 | | all assets now owned or hereafter aquired etc. | Unliquidated Disputed | $126,700.00 | $0.00 | $126,700.00 |
| AGFA 580 Gotham Pkwy Carlstadt, NJ 07072 | | | | | | $40,175.00 |
| American Express 200 Vesey St New York, NY 10285 | | | | | | $197,000.00 |
| Benton County Tax Collector 215 E. Central BACPA Bentonville, AR 72712 | | | | | | $32,706.13 |
| Berkley Industries, LLC 316 Ste B Commercial Ave Lowell, AR 72745 | | | | | | $141,504.46 |
| Cedar Advance LLC 5401 Collins Ave CU-9A Miami Beach, FL 33140 | | receivables and proceeds | Unliquidated Disputed | $76,125.00 | Unknown | $76,125.00 |
| Dean Ihry 1405 Sanford Dr Bentonville, AR 72712 | | | | | | $35,239.00 |
| Fed Ex PO Box 660481 Dallas, TX 75266-0481 | | | | | | $100,681.00 |

| Debtor | **Rapid P&P LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Global Tranz PO BOX 203285 Dallas, TX 75320 | | | | | | $67,500.00 |
| Highcon Systems 2 Nachal Snir St North Ind. Zone Yavne 8122503 Israel | | | | | | $29,212.00 |
| Highland Capital 370 Pascack Rd 2nd Floor Township of Washington, NJ 07676 | | | Unliquidated Disputed | $168,388.00 | $0.00 | $168,388.00 |
| Indeed Flex Dept 5275 5275 PO Box 660367 Dallas, TX 75312 | | | | | | $310,662.00 |
| IRS PO Box 7346 Philadelphia, PA 19101-7346 | | unpaid taxes | | | | $67,000.00 |
| Lamb  Packing 1700 Murphy Dr Maumelle, AR 72113 | | | | | | $31,493.00 |
| Liberty Capital Group 45 Carey Ave Ste 200 Butler, NJ 07405 | | refurbished 2017 Highcon Euclud 5C Diigital Cutting & Creasing Machine | | $354,662.00 | $0.00 | $34,662.00 |
| Mr. Plastic 3117 Joshua St Little Rock, AR 72204 | | | | | | $82,131.00 |
| SMC Packaging Group 900 N belcrest/3131 E Division Springfield, MO 65802 | | | | | | $318,041.00 |
| Unique Funding Solutions LLC 71 S Central Ave Suite 200 Valley Stream, NY 11580 | | future receivables | Unliquidated Disputed | $239,625.00 | $0.00 | $239,625.00 |
| US Small Business Administrati 1545 Hawkins Blvd Suite 202 El Paso, TX 79925 | | all tangible and intangible personal property | Unliquidated Disputed | $959,000.00 | $0.00 | $959,000.00 |

Debtor   **Rapid P&P LLC**                                              Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Yes Capital**<br>**161 Kings Highway**<br>**Brooklyn, NY 11204** | | **future receivables** | **Unliquidated**<br>**Disputed** | **$74,950.00** | **$0.00** | **$74,950.00** |

**Fill in this information to identify the case:**

Debtor name   **Rapid P&P LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................  $    632,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................  $    2,465,943.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................  $    3,097,943.96

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $    4,775,871.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $    99,706.13

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$    1,523,767.16

4. **Total liabilities** .....................................................................................................................................
   Lines 2 + 3a + 3b                                                                           $    6,399,344.29

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name **Rapid P&P LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

---

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **UB Bank** | **Checking** | **1595** | $99.36 |
| 3.2. | **Arvest** | **small business checking** | **6497** | $33,761.98 |
| 3.3. | **United Bank** | **business checking** | **1636** | $1,349.16 |
| 3.4. | **United bank** | **Checking** | **9937** | $108.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,318.50 |
|---|

**Part 2:**      **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor   **Rapid P&P LLC**                                              Case number *(If known)* _____
Name

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit
                **Company Headquarter**
                **2910 S Walton Blvd**
        7.1.    **Bentonville AR 72712**                                                                    $13,000.00

                **Warehouse**
                **431 Dyke Rd**
        7.2.    **Rogers AR 72756**                                                                         $25,000.00

                **1818 S 1ST**
                **Rogers AR 72756**

        7.3.    **Leased property that is subleaseed to a third party**                                     $13,000.00

                **175 Via De Tonti Lane**
                **Tontitown, AR 72762**

        7.4.    **leased property that is subleased to a third party**                                       $7,500.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                              $58,500.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**
        11a. 90 days old or less:          650,929.29        -              0.00       = ....              $650,929.29
                                   face amount                 doubtful or uncollectible accounts

        11a. 90 days old or less:           19,195.98         -              0.00       = ....               $19,195.98
                                   face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                             $670,125.27
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor   **Rapid P&P LLC**                                    Case number *(If known)* _____
         Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress work to complete on outstanding orders** | | $0.00 | Revenue based | $122,346.00 |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies supplies on hand to complete outstanding orders** | | $182,000.00 | Replacement | $0.00 |

| 23.  **Total of Part 5.** | | $122,346.00 |
|---|---|---|
| Add lines 19 through 22.  Copy the total to line 84. | | |

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Office Furniture- Detailed list upon request | $0.00 | Tax records | $0.00 |
| 40.  **Office fixtures** | | | |

| Debtor | **Rapid P&P LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | detailed list provided upon request | $0.00 | Tax records | $0.00 |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment- detailed list upon request | $3,470.00 | Tax records | $3,470.00 |
| | Equipment-detailed list upon request | $1,191,733.19 | 1,191,733.19 | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $3,470.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2003 Ford Cargo Van F150** | $0.08 | Tax records | $3,000.00 |
| 47.2. | **1996 Ford Truck** | $0.00 | Tax records | $2,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Equipment-detailed list upon request

| | | |
|---|---|---|
| $1,191,733.19 | Tax records | $1,191,733.19 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | $1,196,733.19 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor     **Rapid P&P LLC**                                    Case number *(If known)* _____
           Name

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3945 Rosebud Ave Springdale AR 1607 sq ft on 25 acres located in Benotn Countly** | Contract for Deed | $0.00 | | $308,000.00 |
| 55.2. **3999 Rosebud Ave Springdale AR 1798 sq ft home located in Benton Countly** | Contract for Deed | $0.00 | | $324,000.00 |

56.  **Total of Part 9.**                                                                        | $632,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Rapid P&P LLC**                                            Case number *(If known)* _____
      Name

**61.**    **Internet domain names and websites**
      **www.rapid-prototypes.com**
      **www.rapidnwa.com**
      **wwfriscobox.com**                                          **$0.00**                                  **$0.00**

**62.**    **Licenses, franchises, and royalties**

**63.**    **Customer lists, mailing lists, or other compilations**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**
      **leasehold improvements**                              **$396,802.00**    **Revenue based**    **$379,451.00**

**66.**    **Total of Part 10.**                                                                    | **$379,451.00** |
      Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Rapid P&P LLC**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,318.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $58,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $670,125.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $122,346.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,470.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,196,733.19 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $632,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $379,451.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,465,943.96 | + 91b. $632,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,097,943.96 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

**Fill in this information to identify the case:**

Debtor name     **Rapid P&P LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1   24 Capital**
Creditor's Name

**CT Corportion System, as Repre**
**330 N Brand Blvd suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3.9.23**
Last 4 digits of account number
**2963**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**all assets now owned or hereafter aquired etc.**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

$126,700.00          $0.00

---

**2.2   Breakout Capital, LLC**
Creditor's Name

**1451 Dolley Blvd Suite 200**
**Mc Lean, VA 22101**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11.22**
Last 4 digits of account number

Describe debtor's property that is subject to a lien

**UCC40000261948519**
**present and future personal property, accounts, chattel paper, deposit accounts, goods, assets and fixtures etc...**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$428,191.00          Unknown

---

| Debtor | **Rapid P&P LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Cedar Advance LLC** | | Describe debtor's property that is subject to a lien | **$76,125.00** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | | **receivables and proceeds** | | |

**5401 Collins Ave CU-9A**
**Miami Beach, FL 33140**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2.6.23**

**Last 4 digits of account number**

**2191**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **Clearstone Fund LLC** | | Describe debtor's property that is subject to a lien | **$28,106.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | **receivables all assets now owned or hereafter etc** | | |

**880 W Sunrise Hwy #1096**
**Valley Stream, NY 11581**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**3.9.23**

**Last 4 digits of account number**

**2032**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.5 | **Corporation Service Co** | | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | | **receivables and proceeds** | | |

**As Representative**
**PO BOX 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

---

Debtor   **Rapid P&P LLC**                                                Case number (if known) _____
_____
Name

_____               **Is the creditor an insider or related party?**
Creditor's email address, if known                ■ No
                                                   ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8519**
                                                   **As of the petition filing date, the claim is:**
**Do multiple creditors have an**                  Check all that apply
**interest in the same property?**                 ☐ Contingent
■ No                                               ☐ Unliquidated
☐ Yes. Specify each creditor,                      ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | **Corporation Service Co** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                                    **receivables and proceeds**
**As Representative**
**PO BOX 2576**
**Springfield, IL 62708**                          **Describe the lien**
Creditor's mailing address                         **Security Agreement**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____                  ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2191**
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.7 | **Corporation Service Co** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                                    **receivable, equipment, accounts inventory**
**As Representative**
**PO BOX 2576**
**Springfield, IL 62708**                          **Describe the lien**
Creditor's mailing address                         **Security Agreement**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____                  ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2032**
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| Debtor | **Rapid P&P LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.8** **CT Corportion System,**
Creditor's Name

**As Representative**
**330 N Brand Blvd Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2963**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets now owned or hereafter aquired without limitations**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**      **Unknown**

---

**2.9** **Engs Financial**
Creditor's Name

**PO BOX 128**
**Itasca, IL 60143-0128**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2652**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Durst RHO P5-350 Hybrid Printer will all parts and componets**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$380,954.00**      **$0.00**

---

**2.10** **Engs Financial**
Creditor's Name

**PO BOX 128**
**Itasca, IL 60143**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**AGFA-Jeti Tauro H3300-Led Printer**

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$302,595.00**      **$0.00**

---

Debtor   **Rapid P&P LLC**                                                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**
**6169**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 1 | **First National Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**of Fort Smith**
**602 Garrison Ave**
**Fort Smith, AR 72902**

**inventory, equipmentm, accounts and other rights to payments**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5312**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Fundamental Capital** | Describe debtor's property that is subject to a lien | **$530,290.00** | **$0.00** |

Creditor's Name

**201 Mission St**
**San Francisco, CA 94105**

**future receivables**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**3.24.23**

**Last 4 digits of account number**
**6368**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 3 | **Highland Capital** | Describe debtor's property that is subject to a lien | **$168,388.00** | **$0.00** |

---

Debtor  **Rapid P&P LLC**
_____    Case number (if known) _____
Name

Creditor's Name

**370 Pascack Rd 2nd Floor**
**Township of Washington,**
**NJ 07676**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0541**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Liberty Capital Group** | **Describe debtor's property that is subject to a lien** | $354,662.00 | $0.00 |

Creditor's Name

**refurbished 2017 Highcon Euclud 5C Diigital Cutting & Creasing Machine**

**45 Carey Ave Ste 200**
**Butler, NJ 07405**

Creditor's mailing address

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8.12.21**
**Last 4 digits of account number**
**5058**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Prime Advance LLC** | **Describe debtor's property that is subject to a lien** | $134,900.00 | $0.00 |

Creditor's Name

**revenue purchase agreement**

**161 Kings Highway**
**Brooklyn, NY 11204**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5.2.23**
**Last 4 digits of account number**

---

Debtor  **Rapid P&P LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

**2.1 6**  **Prime Advance LLC**
_____
Creditor's Name

**161 Kings Hwy**
**Brooklyn, NY 11204**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**5.12.23**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**revenue purchase agreement**
_____

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$172,385.00    $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

**2.1 7**  **Unique Funding Solutions LLC**
_____
Creditor's Name

**71 S Central Ave Suite 200**
**Valley Stream, NY 11580**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**12.22.22**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**future receivables**
_____

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$239,625.00    $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

**2.1 8**  **United Bank**
_____
Creditor's Name

**2600 S Thompson St**
**Springdale, AR 72764**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**

$382,000.00    $0.00

---

Debtor   **Rapid P&P LLC**                                    Case number (if known) _____
         _____
         Name

**Secured Loan**

**Is the creditor an insider or related party?**

�■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

� ■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2765**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an interest in the same property?**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.1 9 | **United Bank** | **Describe debtor's property that is subject to a lien** | $159,000.00 | $0.00 |

Creditor's Name

**all accounts accession, additions, replacements, and substitutions**

**2600 S Thompson St Springdale, AR 72764**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**9.2017**

**Last 4 digits of account number**

**3498**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an interest in the same property?**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **United Bank** | **Describe debtor's property that is subject to a lien** | $258,000.00 | $308,000.00 |

Creditor's Name

**3945 Rosebud Springddale AR 3999 Rosebud Springdale AR**

**2600 S Thompson St Springdale, AR 72764**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**9.15.17**

**Last 4 digits of account number**

**9688**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an interest in the same property?**

Check all that apply

---

Debtor   **Rapid P&P LLC**                                           Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                              ☐ Disputed

---

| 2.2 1 | **US Small Business Administrati** | Describe debtor's property that is subject to a lien | $959,000.00 | $0.00 |

Creditor's Name

**1545 Hawkins Blvd Suite 202**
**El Paso, TX 79925**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**all tangible and intangible personal property**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1177**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 2 | **Yes Capital** | Describe debtor's property that is subject to a lien | $74,950.00 | $0.00 |

Creditor's Name

**161 Kings Highway**
**Brooklyn, NY 11204**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**future receivables**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5.2.23**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$4,775,871.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 9 of 10

Debtor   **Rapid P&P LLC**
_____
Name                                                    Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.2__ | |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.4__ | |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.3__ | |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.21__ | |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.5__ | **5951** |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.6__ | **5951** |
| **Corporation Service company**<br>**2710 Gateway OaksDrsuit 150N**<br>**Sacramento, CA 95833** | Line __2.7__ | **5951** |
| **CSC**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703** | Line __2.14__ | **5058** |
| **Isaac H Greenfield, Esq.**<br>**2 Executive Blvd Ste 305**<br>**Suffern, NY 10901** | Line __2.15__ | |
| **UCC Direct Services**<br>**2929 Allen Parkway, suite 3300**<br>**TX 77190** | Line __2.1__ | |
| **UCC Direct Services**<br>**2929 Allen Parkway, suite 3300**<br>**TX 77190** | Line __2.9__ | **2652** |
| **UCC Direct Services**<br>**2929 Allen Parkway, suite 3300**<br>**TX 77190** | Line __2.8__ | **3211** |

**Fill in this information to identify the case:**

Debtor name **Rapid P&P LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Arkansas DF&A**
**Revv Legal Counsel**
**PO BOX 1272 Rm 2380**
**Little Rock, AR 72203-1272**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**     Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (6)

---

**2.2** | Priority creditor's name and mailing address
**Benton County Tax Collector**
**215 E. Central**
**BACPA**
**Bentonville, AR 72712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$32,706.13**     Priority amount: **$32,706.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Rapid P&P LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address **IRS** PO Box 7346 Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $67,000.00 | $67,000.00 |
| | Date or dates debt was incurred | Basis for the claim: **unpaid taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **A & B Reprographoics Inc** PO BOX 2529 Rogers, AR 72757 | $5,323.70 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| **3.2** | Nonpriority creditor's name and mailing address **ACEC** 521 S Bloomington Lowell, AR 72745 | $548.00 |
|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| **3.3** | Nonpriority creditor's name and mailing address **AFLAC** | $1,685.00 |
|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| **3.4** | Nonpriority creditor's name and mailing address **AGFA** 580 Gotham Pkwy Carlstadt, NJ 07072 | $40,175.00 |
|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| **3.5** | Nonpriority creditor's name and mailing address **American Express** 200 Vesey St New York, NY 10285 | $197,000.00 |
|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number**  3005 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Rapid P&P LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,657.00 |
|---|---|---|---|

**Arkansas Sign and Banner**
**2107 S Walton Blvd**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,504.46 |
|---|---|---|---|

**Berkley Industries, LLC**
**316 Ste B Commercial Ave**
**Lowell, AR 72745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**C2Comp**
**PO BOX1 40698**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,916.00 |
|---|---|---|---|

**CCS**
**3216 NW Avignon Way Ste 2**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,160.00 |
|---|---|---|---|

**Charomapec Systems Inc**
**5400 Newport Dr #14**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,133.00 |
|---|---|---|---|

**Cintas**
**PO BOX 88005**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,239.00 |
|---|---|---|---|

**Dean Ihry**
**1405 Sanford Dr**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Rapid P&P LLC**                                        Case number (if known) _____
         _____
         Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,508.00 |
|---|---|---|---|

**Dyer Electric**
**1805 S park Ridge Way**
**Cave Springs, AR 72718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,681.00 |
|---|---|---|---|

**Fed Ex**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,113.00 |
|---|---|---|---|

**Fed Ex Freight**
**Dept CH**
**PO BOX 10306**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $894.00 |
|---|---|---|---|

**Fellers**
**PO BO X875540**
**Kansas City, MO 64187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,500.00 |
|---|---|---|---|

**Global Tranz**
**PO BOX 203285**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,620.00 |
|---|---|---|---|

**GO2MFG**
**ATTN Scott Melton**
**1060 1st Ae NE**
**Gravette, AR 72736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,574.00 |
|---|---|---|---|

**Graphic soltions Group, Inc**
**PO BOX 671261**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Rapid P&P LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,050.00**

Grimco
29538 Network PL
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,212.00**

Highcon Systems
2 Nachal Snir St
North Ind. Zone
Yavne 8122503 Israel

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310,662.00**

Indeed Flex Dept 5275
5275 PO Box 660367
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,341.00**

Johnson Equipment Co
PO BOX 802009
Dallas, TX 75380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,122.00**

Kongsberg System
1983 Byers Rd
Miamisburg, OH 45342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,493.00**

Lamb  Packing
1700 Murphy Dr
Maumelle, AR 72113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,599.00**

LexJet
BOX 538577
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rapid P&P LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,131.00** |
|---|---|---|---|

**Mr. Plastic**
**3117 Joshua St**
**Little Rock, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**PBS**
**717 S 8th St**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**Philadelphia Security Products**
**5 Paulson Ave**
**Essington, PA 19029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,976.00** |
|---|---|---|---|

**Realize**
**15515 Endeavor Dr**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:** _

**Last 4 digits of account number  3578**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318,041.00** |
|---|---|---|---|

**SMC Packaging Group**
**900 N belcrest/3131 E Division**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,595.00** |
|---|---|---|---|

**The Roark Group**
**1600 North 35th Street**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,708.00** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**IL 60080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rapid P&P LLC**                                              Case number (if known) _____
_____
          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,050.00 |
|------|---|---|---|

Vericore
Attn: Carrie Johnson
10115 Kincey Ave Ste 100
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,836.00 |
|------|---|---|---|

Wiese USA
4773 N Thompson
Springdale, AR 72764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David S Klinestiver**<br>**Attorney at Law**<br>**320 N Meridian St Suite 611**<br>**Indianapolis, IN 46204** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael K Cully**<br>**901 St Louis Street, 20th Floo**<br>**Springfield, MO 65806** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 99,706.13 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,523,767.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,623,473.29 |

**Fill in this information to identify the case:**

Debtor name **Rapid P&P LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **contract for future receivables** | |
| | State the term remaining | | **24 Capital** |
| | List the contract number of any government contract | | **CT Corportion System, as Repre 330 N Brand Blvd suite 700 Glendale, CA 91203** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse located at 1818 S 1st St Rogers AR** | |
| | State the term remaining | **7.24** | **6420 Benotnville Rogers LLC** |
| | List the contract number of any government contract | | **PO BOX Searcy, AR 72145** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse located at 431 Dyke Rd Rogers, AR** | |
| | State the term remaining | **10.27** | **6420 Bentonville Rogers LLC** |
| | List the contract number of any government contract | | **PO BOX 609 Searcy, AR 72145** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **contract for future receivables** | |
| | State the term remaining | | **Cedar Advance LLC** |
| | List the contract number of any government contract | | **5401 Collins Ave CU-9A Miami Beach, FL 33140** |

Debtor 1 **Rapid P&P LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 175 Via De Tonti Lane<br>Tontitown, AR 72762 | |
|---|---|---|---|
| | State the term remaining | 5.26 | |
| | List the contract number of any government contract | | CJDG Properties<br>1204 E Joyce Blvd Suite 102<br>Fayetteville, AR 72703 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | contract for future receivables | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Clearstone Fund LLC<br>880 W Sunrise Hwy #1096<br>Valley Stream, NY 11581 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | equipment loan | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Engs Financial<br>PO BOX 128<br>Itasca, IL 60143-0128 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | equipment loan | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Esko HC |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | contract for future receivables | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Fundamental Capital<br>201 Mission St<br>San Francisco, CA 94105 |

Debtor 1   **Rapid P&P LLC**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2910 S Walton Blvd Bentonville, AR** | |
|---|---|---|---|
| | State the term remaining | **4.27** | **Mound Praire  Ranch LLC c/o Fanizzi Fred & Maria PO BOX 887 Condon, MT 59826** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **contract for future receivables** | |
|---|---|---|---|
| | State the term remaining | | **Prime Advance LLC 161 Kings Highway Brooklyn, NY 11204** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **contract for future receivables** | |
|---|---|---|---|
| | State the term remaining | | **Unique Funding Solutions LLC 71 S Central Ave Suite 200 Valley Stream, NY 11580** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **contract for furture receivables** | |
|---|---|---|---|
| | State the term remaining | | **Yes Capital 161 Kings Highway Brooklyn, NY 11204** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          **Rapid P&P LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Kelly  Jack** | **5441 W Chardonnay Ct Rogers, AR 72758** | **Unique Funding Solutions LLC** | ☑ D  __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Kelly  Jack** | **5441 W Chardonnay Ct Rogers, AR 72758** | **Breakout Capital, LLC** | ☑ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kelly  Jack** | **5441 W Chardonnay Ct Rogers, AR 72758** | **Fundamental Capital** | ☑ D  __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Kyle J Jack** | **5441 W Chardonnay Ct Rogers, AR 72758** | **24 Capital** | ☑ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Kyle J Jack** | **5441 W Chardonnay Ct Rogers, AR 72758** | **Yes Capital** | ☑ D  __2.22__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Rapid P&P LLC**                                           Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Kyle J Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Clearstone Fund LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Kyle J Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Unique Funding<br>Solutions LLC | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Kyle J Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Breakout Capital,<br>LLC | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Kyle J Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Fundamental Capital | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Kyle J Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Cedar Advance LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **Rapid P&P LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,023,077.66** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$7,597,828.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,791,084.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **Rental property** | **$28,932.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Rental property** | **$57,874.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Rental property** | **$22,831.00** |

| Debtor | **Rapid P&P LLC** | Case number *(if known)* | |

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2021** to **12/31/2021** | shipping income | $505,396.00 |

<br>

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **1st Emplyment Staffing**<br>**1 W Mountain St**<br>**Fayetteville, AR 72703** | **3.30.23** | **$27,737.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **6420 Bentonvile Rogers LLC**<br>**PO BOX 609**<br>**Searcy, AR 72145** | **3.10.23/4.4.2**<br>**3/5.4.23/5.9.2**<br>**3** | **$121,441.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Warehouse lease** |
| 3.3. | **AGFA**<br>**580 Gotham Pkwy**<br>**Carlstadt, NJ 07072** | **3.1.23/4.6.2** | **$37,135.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **American Express**<br>**200 Vesey St**<br>**New York, NY 10285** | **3.1.23/4.11.2**<br>**3** | **$45,420.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **AR Dept of Finance**<br>**PO Box 9941**<br>**Little Rock, AR 72203** | **3.23/4.23/5.2**<br>**3** | **$5,798.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.6. | **Arkansas Blue Cross and Blue Shield**<br>**NEED ADDRESS** | **4.4.23/5.5.23/**<br>**5.13.23** | **$58,599.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance premiums** |

| Debtor | Rapid P&P LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.7.** **24 Capital**<br>**CT Corportion System, as Repre**<br>**330 N Brand Blvd suite 700**<br>**Glendale, CA 91203** | 3./15/23/4.17.<br>23/5.15.23 | $21,043.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.8.** **Arrow Box Company**<br>**3720 E 27th St**<br>**Joplin, MO 64804** | 3.6.23/3.10.2<br>3/3.14.23/3.2<br>0.23/3.27.20/<br>4.3.23/4.13.2<br>3/4.19.23/5.1.<br>23/5.10.23/6.<br>19.23/6.27.23 | $125,761.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.9.** **Black Hills Energy**<br>**PO Box 6006**<br>**Rapid City, SD 57709** | 3.10.23/4/13.<br>23/5.11.23/6.<br>9.23 | $7,943.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.10** **CCS**<br>**3216 NW Avignon Way Ste 2**<br>**Bentonville, AR 72712** | 3.1.23/4.12.2<br>3/5.1.23/5.31.<br>23/6.1.23 | $20,676.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.11** **Charomapec Systems Inc**<br>**5400 Newport Dr #14**<br>**Rolling Meadows, IL 60008** | 4.6.23/5.9.23/<br>5.10.23/6.9.2<br>3 | $27,483.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.12** **Citibusiness Card**<br>**P.O. Box 6409**<br>**THE LAKES, NV 88901** | 4.18.23/5.22.<br>23/6.20.23 | $14,557.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  credit card |
| **3.13** **City of Bentonville**<br>**117 W Central Ave.**<br>**Bentonville, AR 72712** | 3.1.23/4.3.26/<br>5.1.23 | $8,548.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.14** **CJDG Properties**<br>**1204 E Joyce Blvd Suite 102**<br>**Fayetteville, AR 72703** | 3.10.23/4.4.2<br>3/5.17.23/6.2<br>3 | $31,266.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Rapid P&P LLC**                                               Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.15. | **Durst Imaging Technology US**<br>**NEED ADDRESS** | 3.6.23/3.28.2<br>3/4.4.23/4.12.<br>23/4.18.23/4.<br>19.23/5.10.23<br>/5.18.23/6.8.2<br>3/6.16.23 | $390,182.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | **Fed Ex**<br>**PO Box 660481**<br>**Dallas, TX 75266-0481** | 3.9.23/3.13.2<br>3/4.7.23 | $45,326.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. | **Grimco**<br>**29538 Network PL**<br>**Chicago, IL 60673** | 4./17/26/5.16.<br>26/6.16.23 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. | **Highcon Systems**<br>**2 Nachal Snir St**<br>**North Ind. Zone**<br>**Yavne 8122503 Israel** | 3.1.23 | $7,826.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **Indeed Flex Dept 5275**<br>**5275 PO Box 660367**<br>**Dallas, TX 75312** | 4.4.23 | $10,550.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. | **Kinter**<br>**NEED  ADDRESS** | 3.27.23 | $11,004.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. | **Lamb  Packing**<br>**1700 Murphy Dr**<br>**Maumelle, AR 72113** | 4.7.23 | $34,892.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22. | **Lance Shroeder Studios**<br>**NEED ADDRESS** | 6.1.23/6.27.2<br>3 | $33,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor  **Rapid P&P LLC**  Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.23. **Landmark CPAs**<br>**2003 South Horsebarn Rd**<br>**Rogers, AR 72758** | 3.1.23 | $7,090.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **LexJet**<br>**BOX 538577**<br>**Atlanta, GA 30353** | 3.7.23/4.4.23/<br>4.7.23/5.10.2<br>3/5.18.23/6.1<br>2.23/6.22.23 | $24,220.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Merchant Services**<br>**Elavon Direct**<br>**7300 Chapman Hwy**<br>**Knoxville, TN 37920** | 3.31.23/5.2.2<br>3 | $12,132.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  credit card fees |
| 3.26. **Midland Paper**<br>**NEED ADDRESS** | 3.8.23/3.20.2<br>3/4.4.23/4.7.2<br>3 | $8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Mound Praire  Ranch LLC**<br>**c/o Fanizzi Fred & Maria**<br>**PO BOX 887**<br>**Condon, MT 59826** | 4.4.23/4.17.2<br>3/5.19.23/6.5.<br>23/6.9.23/6.1<br>6.23 | $112,557.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  building lease |
| 3.28. **Mr. Plastic**<br>**3117 Joshua St**<br>**Little Rock, AR 72204** | 4.14.23/5.2.2<br>3/5.8.23/5.9.2<br>3/5.12.23/5.3<br>1.23 | $66,290.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **SMC Packaging Group**<br>**900 N belcrest/3131 E Division**<br>**Springfield, MO 65802** | 4.3.23/4.7.23/<br>4.17/.23 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **State Auto Insurance**<br>**518 East Broad Street**<br>**Columbus, OH 43215** | 3.7.23/4.6.23/<br>5.4.23/6.6.23 | $12,799.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Rapid P&P LLC**                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.31. **United States Treasury** PO Box 21125 Philadelphia, PA 19114 | 3.10.23/3.31.23/4.4.23/4.17.23/5.8.23 | $81,095.60 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.32. **24 Capital** CT Corportion System, as Repre 330 N Brand Blvd suite 700 Glendale, CA 91203 | 48 payment from 3.10.23 to 5.16.23 | $85,800.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.33. **Breakout Capital, LLC** 1451 Dolley Blvd Suite 200 Mc Lean, VA 22101 | weekly payments from 3.7.23 to 5.9.23 | $145,192.30 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.34. **Cedar Advance LLC** 5401 Collins Ave CU-9A Miami Beach, FL 33140 | weekly from 3.6.23 to 5.15.2 | $130,500.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **Clearstone Fund LLC** 880 W Sunrise Hwy #1096 Valley Stream, NY 11581 | payments every weekday from 3.13.23 to 5.16.23 | $89,940.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **Fundamental Capital** 201 Mission St San Francisco, CA 94105 | ever weekday from 3.28.23 to 5.16.23 | $210,451.50 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Prime Advance LLC** 161 Kings Highway Brooklyn, NY 11204 | 5.4.23/5.5.23/5.8.23/5.9.23/5.10.23/5.11.23/5.15.23/5.16.23  ANY PAYMENTS SINCE? | $7,208.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Rapid P&P LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.38. **Prime Advance LLC**<br>**161 Kings Highway**<br>**Brooklyn, NY 11204** | **week day payments rom 3.28.23 to 5.16.23** | $84,718.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. **CJDG Properties**<br>**1204 E Joyce Blvd Suite 102**<br>**Fayetteville, AR 72703** | **4.25.23/4.26.23/4.27.23** | $33,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. **unique Funding Solutions LLC**<br>**71 S Central Ave Suite 200**<br>**Valley Stream, NY 11580** | **weekly 3.1.23 to 5.10.23** | $219,656.25 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41. **Yes Capital**<br>**161 Kings Highway**<br>**Brooklyn, NY 11204** | **every weekday from 5.3.23 to 5.16.23** | $13,491.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

| Debtor | Rapid P&P LLC | Case number *(if known)* | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Prime Advance LLC-Against-Rapid P&P LLC, Rapid Prototypes LLC, Jacks R Better LLC, and Kyle ack<br>514957/2023 | breach of contract | Supreme Court of The State of New York<br>County of Kings<br>360 Adams St<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Southern Missouri Containers, Inc vs Rapid P&P, LLC d/b/a/ Rapid Prototypes, LLC<br>04CV-23-1341 | Collection | Benton County Circuit Court<br>100-102 NE "A" Street<br>Bentonville, AR 72712 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Yes Capital Group, LLC-Against-Rapid P&P, LLC d/b/a Rapid Prototypes, Jacks R Better LLC and Kyle Jack<br>514845/2023 | breach of contract | Supreme court of the State or New York<br>County of Kings<br>360 Adams St<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Berkley Industries, LLC vs Rapid P&P, LLC d/b/a Rapid Prototypes, LLC<br>04CV-22-1448 | | Circuit Court of Benton County<br>100 NE A Street<br>Bentonville, AR 72712 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

Debtor     **Rapid P&P LLC**                                    Case number *(if known)*

---

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bond Law Office** **525 S. School Avenue** **Suite 100** **Fayetteville, AR 72701** | | **5.19.23** | **$12,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Kyle Jack** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **24 Capital** | **future receivables** | **3.9.23** | **$214,500.00** |
| | Relationship to debtor | | | |
| 13.2. | **Yes Capital Group** **161 Kings Highway** **Brooklyn, NY 11204** | **furture receivables** | **5.2.23** | **$74,950.00** |
| | Relationship to debtor | | | |
| 13.3. | **Prime Advance LLC** | **furture revenue** | | **$321,385.00** |
| | Relationship to debtor | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Debtor   **Rapid P&P LLC**                                              Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    □ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    □ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    □ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    □ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **American Funds** | EIN:  **778449748** |

    Has the plan been terminated?
    ■ No
    □ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Rapid P&P LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Rogers Warehouse 431 Dyke Rd Rogers, AR 72758 | Kyle Jack Sam Geyer Jamie Smith Haley Rust Employees located at 2910 S Walton Blvd Bentonville, AR | raw corrugate materials, client product and production equipment | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | Rapid P&P LLC | Case number *(if known)* | |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Pat Johnson**<br>**2910 S Walton Blvd**<br>**Bentonville, AR 72712** | **2011-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Landmark PLC,  CPA's**<br>**2003 South Horsebarn Rd**<br>**Rogers, AR 72758** | **2003-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Arvest Bank**<br>**4302 Mt Olive St**<br>**Rogers, AR 72756** |
| 26d.2.  **United Bank**<br>**2600 S Thompson Stt**<br>**Springdale, AR 72764** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Rapid P&P LLC**                                    Case number *(if known)*

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Patricia Johnson | 4.30.23 | $182,000.01 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Patricia Johnson<br>2910 S Walton Blve<br>Bentonville, AR 72712 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kyle Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Owner | 76% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kelly  Jack | 5441 W Chardonnay Ct<br>Rogers, AR 72758 | Owner | 24% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | **Rapid P&P LLC** | Case number *(if known)* | |
|---|---|---|---|

<hr>

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 30, 2023**

| /s/ Kyle jack | **Kyle jack** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor      **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Arkansas

In re   **Rapid P&P LLC**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    10,263.00 |
| Prior to the filing of this statement I have received | $    10,263.00 |
| Balance Due | $    0.00 |

2.   $ **1,737.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2023**

*Date*

**/s/ Stanley V. Bond**
**Stanley V. Bond 93034**
*Signature of Attorney*
**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255  Fax: 479-235-2827**
**attybond@me.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Rapid P&P LLC**                Case No. _____

                                        Debtor(s)         Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kelly  Jack**<br>**5441 W Chardonnay Ct**<br>**Rogers, AR 72758** | **Common** | **50%** | **Member** |
| **Kyle J Jack**<br>**5441 W Chardonnay Ct**<br>**Rogers, AR 72758** | **Common** | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 30, 2023**                       Signature   **/s/ Kyle jack**

                                                             **Kyle jack**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Arkansas**

In re    **Rapid P&P LLC**                                              Case No. _____
                                    Debtor(s)                           Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 30, 2023**                    **/s/ Kyle jack**
                                              **Kyle jack/Owner**
                                              Signer/Title

```
24 Capital
CT Corportion System, as Repre
330 N Brand Blvd suite 700
Glendale, CA 91203


6420 Benotnville Rogers LLC
PO BOX
Searcy, AR 72145


6420 Bentonville Rogers LLC
PO BOX 609
Searcy, AR 72145


A & B Reprographoics Inc
PO BOX 2529
Rogers, AR 72757


ACEC
521 S Bloomington
Lowell, AR 72745


AFLAC


AGFA
580 Gotham Pkwy
Carlstadt, NJ 07072


American Express
200 Vesey St
New York, NY 10285


Arkansas DF&A
Revv Legal Counsel
PO BOX 1272 Rm 2380
Little Rock, AR 72203-1272


Arkansas Sign and Banner
2107 S Walton Blvd
Bentonville, AR 72712


Benton County Tax Collector
215 E. Central
BACPA
Bentonville, AR 72712
```

Berkley Industries, LLC
316 Ste B Commercial Ave
Lowell, AR 72745


Breakout Capital, LLC
1451 Dolley Blvd Suite 200
Mc Lean, VA 22101


C2Comp
PO BOX1 40698
Irving, TX 75014


CCS
3216 NW Avignon Way Ste 2
Bentonville, AR 72712


Cedar Advance LLC
5401 Collins Ave CU-9A
Miami Beach, FL 33140


Charomapec Systems Inc
5400 Newport Dr #14
Rolling Meadows, IL 60008


Cintas
PO BOX 88005
Chicago, IL 60680


CJDG Properties
1204 E Joyce Blvd Suite 102
Fayetteville, AR 72703


Clearstone Fund LLC
880 W Sunrise Hwy #1096
Valley Stream, NY 11581


Corporation Service Co
As Representative
PO BOX 2576
Springfield, IL 62708


Corporation Service company
2710 Gateway OaksDrsuit 150N
Sacramento, CA 95833

```
CSC
801 Adlai Stevenson Dr
Springfield, IL 62703


CT Corportion System,
As Representative
330 N Brand Blvd Suite 700
Glendale, CA 91203


David S Klinestiver
Attorney at Law
320 N Meridian St Suite 611
Indianapolis, IN 46204


Dean Ihry
1405 Sanford Dr
Bentonville, AR 72712


Dyer Electric
1805 S park Ridge Way
Cave Springs, AR 72718


Engs Financial
PO BOX 128
Itasca, IL 60143-0128


Engs Financial
PO BOX 128
Itasca, IL 60143


Esko HC


Fed Ex
PO Box 660481
Dallas, TX 75266-0481


Fed Ex Freight
Dept CH
PO BOX 10306
Palatine, IL 60055


Fellers
PO BO X875540
Kansas City, MO 64187
```

First National Bank
of Fort Smith
602 Garrison Ave
Fort Smith, AR 72902


Fundamental Capital
201 Mission St
San Francisco, CA 94105


Global Tranz
PO BOX 203285
Dallas, TX 75320


GO2MFG
ATTN Scott Melton
1060 1st Ae NE
Gravette, AR 72736


Graphic soltions Group, Inc
PO BOX 671261
Dallas, TX 75267


Grimco
29538 Network PL
Chicago, IL 60673


Highcon Systems
2 Nachal Snir St
North Ind. Zone
Yavne 8122503 Israel


Highland Capital
370 Pascack Rd 2nd Floor
Township of Washington, NJ 07676


Indeed Flex Dept 5275
5275 PO Box 660367
Dallas, TX 75312


IRS
PO Box 7346
Philadelphia, PA 19101-7346

Isaac H Greenfield, Esq.
2 Executive Blvd Ste 305
Suffern, NY 10901


Johnson Equipment Co
PO BOX 802009
Dallas, TX 75380


Kelly  Jack
5441 W Chardonnay Ct
Rogers, AR 72758


Kongsberg System
1983 Byers Rd
Miamisburg, OH 45342


Kyle J Jack
5441 W Chardonnay Ct
Rogers, AR 72758


Lamb  Packing
1700 Murphy Dr
Maumelle, AR 72113


LexJet
BOX 538577
Atlanta, GA 30353


Liberty Capital Group
45 Carey Ave Ste 200
Butler, NJ 07405


Michael K Cully
901 St Louis Street, 20th Floo
Springfield, MO 65806


Mound Praire  Ranch LLC
c/o Fanizzi Fred & Maria
PO BOX 887
Condon, MT 59826


Mr. Plastic
3117 Joshua St
Little Rock, AR 72204

```
PBS
717 S 8th St
Rogers, AR 72756


Philadelphia Security Products
5 Paulson Ave
Essington, PA 19029


Prime Advance LLC
161 Kings Highway
Brooklyn, NY 11204


Prime Advance LLC
161 Kings Hwy
Brooklyn, NY 11204


Realize
15515 Endeavor Dr
Noblesville, IN 46060


SMC Packaging Group
900 N belcrest/3131 E Division
Springfield, MO 65802


The Roark Group
1600 North 35th Street
Rogers, AR 72756


UCC Direct Services
2929 Allen Parkway, suite 3300
TX 77190


ULINE
PO BOX 88741
IL 60080


Unique Funding Solutions LLC
71 S Central Ave Suite 200
Valley Stream, NY 11580


United Bank
2600 S Thompson St
Springdale, AR 72764
```

```
US Small Business Administrati
1545 Hawkins Blvd Suite 202
El Paso, TX 79925


Vericore
Attn: Carrie Johnson
10115 Kincey Ave Ste 100
Huntersville, NC 28078


Wiese USA
4773 N Thompson
Springdale, AR 72764


Yes Capital
161 Kings Highway
Brooklyn, NY 11204
```

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Rapid P&P LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rapid P&P LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2023**

Date

/s/ Stanley V. Bond

**Stanley V. Bond 93034**

Signature of Attorney or Litigant

Counsel for   **Rapid P&P LLC**

**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255 Fax:479-235-2827**
**attybond@me.com**